NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1438

EVERY PENNY COUNTS, INC.,

Plaintiff-Appellant,

v.

FIRST DATA CORPORATION,

Defendant-Appellee,

and

VALUTEC CARD SOLUTIONS, LLC,

Defendant-Appellee,

and

INCOMM HOLDINGS, INC.,

Defendant-Appellee,

and

COMDATA STORED VALUE SOLUTIONS, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Middle District of Florida in case no. 8:07-CV-1254, Judge Richard A. Lazzara.

ON MOTION

## O R D E R

Every Penny Counts, Inc. moves without opposition for leave to file its corrected reply brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK

cc:  Harvey S. Kauget, Esq.
     Alan Michael Fisch, Esq.
     Mark Michael Supko, Esq.
     Michael S. Connor, Esq.
     Scott J. Borstein, Esq.

s17

2008-1438                    2